UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WAYNE DANIELS,<br><br>Petitioner,<br><br>v.<br><br>SIRCOYA M. WILLIAMS,<br><br>Respondent. | No.  2:25-cv-1939 AC P<br><br><br><br>ORDER |

Petitioner has requested an extension of time to respond to file a motion for a stay under Rhines v. Weber, 544 U.S. 269 (2005).  Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 6) is GRANTED; and

2. Petitioner shall have thirty days from the service of this order to file a motion for stay.

DATED: August 19, 2025

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE