UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE DANIELS,<br>Petitioner,<br>v.<br>SIRCOYA M. WILLIAMS,<br>Respondent. | No. 2:25-cv-1939-DAD-AC (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITIONER'S MOTION FOR A STAY PURSUANT TO THE DECISION IN *RHINES*<br><br>(Doc. Nos. 8, 9) |

Petitioner Steven Wayne Daniels is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On October 9, 2025, the assigned magistrate judge issued findings and recommendations recommending that petitioner's motion for a stay pursuant to the decision in *Rhines v. Weber*, 554 U.S. 269 (2005) (Doc. No. 8), be granted. (Doc. No. 9.) Specifically, the magistrate judge found that petitioner had shown that he met each of the requirements for the requested stay of these federal habeas proceedings pending exhaustion of his new unexhausted claims in state court. (*Id.* at 3–5.)

The pending findings and recommendations were served upon petitioner and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at

5.) Petitioner did not file any objections and the time in which to do so has passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on October 9, 2025 (Doc. No. 9) are ADOPTED in full;
2. Petitioner's motion for a stay under *Rhines v. Weber*, 544 U.S. 269 (2005) (Doc. No. 8) is GRANTED and this action is STAYED pending petitioner's exhaustion of his unexhausted claims in state court;
3. Petitioner is directed to file a case status report every sixty days, advising the court of the progress of his state habeas petition;
4. Petitioner is directed that, within thirty days of a decision by the state's highest court exhausting his new claims, he must notify this court of the decision and at that time request a lift of the stay; and
5. The Clerk of the Court be directed to administratively close this case.

IT IS SO ORDERED.

Dated: **September 3, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The court notes that petitioner has dutifully filed five status reports since the findings and recommendations were issued keeping this court apprised of the status of his exhaustion petition that remains pending before the state courts. (*See* Doc. Nos. 10–14.)